JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM SHORVOGHLIAN, | ) Case No. **2:13-cv-07340-MWF-MAN** |
|     Plaintiff, | ) |
| v. | ) **ORDER** |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) |
|     Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 7th day of April, 2014.

_____
The Honorable Michael W. Fitzgerald